Guy P. Nadon, Appellee, v. City of Elgin, Appellant.

Gen. No. 9,840.

154

opinion filed December 22, 1942. Perry D. Wells and Geo. D. Carbary, for appellant; Geo. D. Carbary, of counsel; Ranstead S. Lehmann and Healy, Beverly & Funk, for appellee; Ranstead S. Lehmann and Paul G. Funk, of counsel. Opinion by JUSTICE WOLFE. "Not to be published in full."